1 | ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
2 | NICHOLAS A. SUBIAS (BAR NO. 228789)
ALLEN MATKINS LECK GAMBLE
3 |   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
4 | San Francisco, CA 94111-4074
Phone: (415) 837-1515
5 | Fax: (415) 837-1516
E-Mail: rmoore@allenmatkins.com
6 |         mbetz@allenmatkins.com
        nsubias@allenmatkins.com
7
Attorneys for Defendant
8 | Non-Parties Cary Collins and Collins and Associates

**FILED**

DEC 12 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA **EMC**

**CV 11 80 298MISC**

BANK OF MONTREAL, as Administrative Agent,

    Plaintiff,

vs.

SK FOODS, LLC, a Nevada Limited Liability Company,

    Defendant.

Case No. Misc. _____

Non-Parties' Cary Collins and Collins and Associates' Notice of Motion and Motion to Quash/for Protective Order

Date: TBD
Time: TBD
Ctrm: TBD
Judge: TBD

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Once the Judge, courtroom, date, and time for non-parties Cary Collins and Collins and Associates' (collectively, "Collins'") Motion to Quash/for Protective order are fixed, Collins will provide plaintiff Bank of Montreal with that information.

This Motion is based on this Notice, Non Party Collins Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Cary Collins, and the Declaration of Nicholas A. Subias, and any other documents and arguments the Court may consider in deciding the Motion.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

830138.01/SF

Case No. Misc. _____
Motion to Quash/for Protective Order

Dated: December 12, 2011

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
NICHOLAS A. SUBIAS
Attorneys for Non-Parties Cary Collins and
Collins and Associates

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

830138.01/SF

Case No. Misc. _____
Motion to Quash/for Protective Order

-2-

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On December 12, 2011, I served the within document(s) described as:

**NON-PARTIES' CARY COLLINS AND COLLINS AND ASSOCIATES' NOTICE OF MOTION AND MOTION TO QUASH/FOR PROTECTIVE ORDER;**

**NON-PARTIES' CARY COLLINS AND COLLINS AND ASSOCIATES MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH/FOR PROTECTIVE ORDER**

**DECLARATION OF NICOLAS A. SUBIAS IN SUPPORT OF NON-PARTIES' CARY COLLINS AND COLLINS AND ASSOCIATES MOTION TO QUASH/FOR PROTECTIVE ORDER;**

**DECLARATION OF CARY COLLINS IN SUPPORT OF NON-PARTIES' CARY COLLINS AND COLLINS AND ASSOCIATES MOTION TO QUASH/FOR PROTECTIVE ORDER; AND**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NON-PARTIES' CARY COLLINS AND COLLINS AND ASSOCIATES MOTION TO QUASH/FOR PROTECTIVE ORDER.**

on the interested parties in this action as stated below:

James Michael Heiser
Chapman & Cutler LLP
111 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: (312) 845-3877
Fax: (312) 516-1477
E-Mail: heiser@chapman.com

[x] **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on and in accordance with a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is [email address]. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

[x] **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by FedEx, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed as indicated above on the above-mentioned date, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

830134.01/SF

1  Executed on December 12, 2011, at San Francisco, California.

2

3  _____Leslie Knapp_____        _____/s/_____
4       (Type or print name)                      (Signature of Declarant)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

830134.01/SF