RECEIVED
2011 DEC 21 A 9:37

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF MONTREAL, as
Administrative Agent

       Plaintiff,

v.

SK Foods, LLC

       Defendant.

CASE NO. 3:11-mc-80298-EMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James E. Heiser                              , whose business address and telephone number is
    Chapman and Cutler LLP
    111 West Monroe Street
    Chicago, Illinois 60603
    (312) 845-3000
    heiser@chapman.com
and who is an active member in good standing of the bar of Illinois, N.D.Ill., 7th Cir., New York, S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Bank of Montreal, as Administrative Agent.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/28/11



Honorable Edward M. Chen
United States ~~Judge~~

IT IS SO ORDERED
Judge Edward M. Chen