Todd J. Dressel (State Bar No. 220812)
CHAPMAN AND CUTLER LLP
595 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 278-9088
Facsimile:   (415) 541-0506
dressel@chapman.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BANK OF MONTREAL, as Administrative Agent, | |
|---|---|
| Plaintiff | Case No. 3:11-mc-80298-EMC (JCS) |
| v. | NOTICE OF APPEARANCE OF TODD J. DRESSEL ON BEHALF OF BANK OF MONTREAL |
| SK FOODS, LLC | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, TODD J. DRESSEL, of Chapman and Cutler LLP, hereby enter my appearance as counsel for Plaintiff BANK OF MONTREAL, as Administrative Agent, in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

Todd J. Dressel
Chapman and Cutler LLP
595 Market Street, 26th Floor
San Francisco, CA  94105
T: (415) 278-9088
F: (415) 541-0506
E-mail: dressel@chapman.com

Please serve said counsel with all pleadings and notices in this action.

Dated: December 28, 2011                CHAPMAN AND CUTLER LLP

                                                /s/ Todd J. Dressel
                                                Todd J. Dressel
                                            Attorneys for Bank of Montreal

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Chapman and Cutler LLP, 595 Market Street, 26th Floor, San Francisco, CA 94105.

On **December 28, 2011**, I served the following document(s) by the method indicated below:

· **Notice of Appearance of Todd J. Dressel on Behalf of the Bank of Montreal**

X **ECF SYSTEM**

By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed an believe that the documents will be electronically served on all the following parties:

- **Michael J. Betz**
mbetz@allenmatkins.com,gteninty@allenmatkins.com,tterry@allenmatkins.com
- **Robert Rory Moore**
rmoore@allenmatkins.com,nsubias@allenmatkins.com,mbetz@allenmatkins.com,gteninty@allenmatkins.com,lknapp@allenmatkins.com
- **Nicholas A. Subias**
nsubias@allenmatkins.com

By:      /s/ *Todd J. Dressel*