United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF MONTREAL, ET AL., | No. C-11-80298 EMC (JCS) |
| Plaintiff(s), | |
| v. | **AMENDED ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH [Docket No. 1]** |
| SK FOODS, LLC, ET AL., | |
| Defendant(s). | |
| _____/ | |

On December 12, 2011, Cary Collins and Collins and Associates filed a Motion to Quash and Motion for Protective Order (the "Motions").

On January 20, 2012, a hearing was held on the Motions. Todd Dressel and Jim Heiser, counsel for Bank Montreal, appeared. Robert Moore and Nicholas Subias, counsel for Cary Collins and Collins and Associates, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT the Motion for Protective Order is Granted in Part, and Denied in Part, and the Motion to Quash is Granted in Part, and Denied in Part.

IT IS HEREBY FURTHER ORDERED that all documents sought by the subpoena related to the Salyer controlled entities (SK Foods, LLC; Fast Falcon LLC; Monterey Peninsula Farming LLC; Scott Salyer, Scott Salyer Revocable Trust, Hawker-Sydley Trust, SK PM Corp., SKF Canning, LLC, Blackstone Ranch Corp., Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LC, and CSSS, LP d/b/a Central Valley Shippers), Cary Collins, individually in any capacity, and Collins and Associates for the period of January 1, 2009, to the present, shall be produced within thirty (30) days or otherwise

agreed to by the parties. All documents shall be produced for "Expert Eyes Only" and "Attorneys' Eyes Only" until further order of the Court.

IT IS SO ORDERED.

Dated: February 16, 2012

JOSEPH C. SPERO
United States Magistrate Judge

2