**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF MONTREAL, ET AL.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>SK FOODS, LLC, ET AL.,<br><br>    Defendant(s). | No. C-11-80298 EMC (JCS)<br><br>**ORDER DENYING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO MODIFY PROTECTIVE ORDER [Docket No. 20]** |

IT IS HEREBY ORDERED THAT the Motion For Order Shortening Time for Hearing on Motion to Modify Protective Order is DENIED. The Motion to Modify Protective Order shall be heard on the noticed hearing date of July 13, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 1, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge